**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:00CR00261-02 SWW |
| HERMAN TROY JEFFERSON, | * | |
| | * | |
| Defendant | * | |
| | * | |
| CONTINENTAL EXPRESS, | * | |
| | * | |
| Garnishee | * | |
| | * | |
| | * | |

**GARNISHMENT ORDER**

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on August 8, 2006, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant, and that garnishee was indebted to defendant in the sum of $1,031.36 bi-weekly.   The defendant is indebted to the United States in the sum of $5,622.54 as of August 29, 2006.

On  June 19, 2006, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.  The United States is entitled to 25% of the defendant's net wages of $1,031.36.

THEREFORE, IT IS ORDERED that the Garnishee pay 25% of defendant's net wages per pay period and continue said payments until the debt to the plaintiff is paid in full or until the

1

garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court. Said payments should be sent to the Clerk of the Court, 600 W. Capitol Avenue, Little Rock, Arkansas 72201.

IT IS SO ORDERED THIS 30TH DAY OF AUGUST, 2006.

/s/Susan Webber Wright<br>UNITED STATES DISTRICT JUDGE